FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

Mar 20, 2026

SEAN F. McAVOY, CLERK

ANGIE K.

_____

*Plaintiff*

v.

FRANK BISIGNANO,
Commissioner of Social Security

_____

*Defendant*

)
)
)
)
)
)
)

Civil Action No.   2:25-CV-00327-JAG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____  recover from the
defendant *(name)* _____  the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Pursuant to the Court Order at ECF No. 16, the parties' Stipulated Motion to Remand, ECF No. 14, is GRANTED. Based on the stipulation of the parties, this case is REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment is entered for Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____  presiding, and the jury has rendered a verdict.

☐  tried by Judge _____  without a jury and the above decision was reached.

☑  decided by Judge   James A. Goeke. _____

Date:  3/20/2026 _____

CLERK OF COURT

s/Sean F. McAvoy
_____
*Signature of Clerk*